IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NOS. PD-0972-12, PD-0973-12 & PD-0974-12





BRANDON ANTOINE BEDFORD, Appellant


 




v.



THE STATE OF TEXAS





ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW


FROM THE FIFTH COURT OF APPEALS


 DALLAS COUNTY





 Per curiam. Keasler, and Hervey, JJ., dissent.


O R D E R 



 The petition for discretionary review violates Rule of Appellate Procedure 68.4(i)
because it does not contain a complete copy of the opinion of the court of appeals.

 The petition is struck. See Rule of Appellate Procedure 68.6.

 The petitioner may redraw the petition. The redrawn petition and copies must be filed
in the Court of Criminal Appeals within thirty days after the date of this order.

Filed: September 12, 2012

Do Not Publish